IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No. 26-cv-04399-SKC

ELDER MARQUEZ ALVAREZ,

Petitioner,

v.

TODD BLANCHE,
JUAN BALTAZAR,
GEORGE VALDEZ, and
MARKWAYNE MULLIN,

Respondents.

---

**ORDER**

---

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention at an immigration facility in Aurora, Colorado. Upon reading the application, good cause appears.

Accordingly, it is

ORDERED that the Clerk of Court shall effect service on Respondents.

IT IS FURTHER ORDERED that Respondents shall show cause within five (5) days from the date of service why the application for a writ of habeas corpus should not be granted.

It is FURTHER ORDERED that within ten (10) days of Respondents' answer Petitioner may file a reply.

IT IS FURTHER ORDERED that Pursuant to the All Writs Act, and in order

to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order.

DATED September 21, 2026.

BY THE COURT:

s/ S. Kato Crews
S. Kato Crews
United States District Judge